# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 7, 2014

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

    Re:  Spokeo, Inc.
           v. Thomas Robins
           No. 13-1339
           (Your No. 11-56843)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on May 1, 2014 and placed on the docket May 7, 2014 as No. 13-1339.

Sincerely,

**Scott S. Harris**, Clerk

by

Jacob C. Travers
Case Analyst