## Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

June 17, 2016

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals
  for the Ninth Circuit
95 Seventh Street
P.O. Box 193939
San Francisco, CA 94119-3939

      Re:  Spokeo, Inc.
            v. Thomas Robins,
           No. 13-1339  (Your docket No. 11-56843)

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case. You may obtain a copy of the opinion by visiting our website, http://www.supremecourt.gov.

                              Sincerely,

                              SCOTT S. HARRIS, Clerk

                              By

                              Herve' Bocage
                              Judgments/Mandates Clerk

Enc.
cc:    Andrew J. Pincus, Esq.
        William S. Consovoy, Esq.
        Donald B. Verrilli, Jr., Esq.

## Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 17, 2016

Mr. Andrew J. Pincus, Esq.
Mayer Brown LLP
1999 K Street, NW
Washington, D.C. 20006

      **Re: Spokeo, Inc.**
         **v. Thomas Robins,**
         **No. 13-1339**

Dear Mr. Pincus:

    Attached please find a certified copy of the judgment of this Court in the above-entitled cases. You may obtain a copy of the opinion by visiting our website, http://www.supremecourt.gov.

    The petitioner is given recovery of costs in this Court as follows:

| | |
|---|---|
| **Printing of record:** | **$3,353.97** |
| **Clerk's costs:** | **300.00** |
| **Total:** | **$3,653.97** |

    This amount may be collected from the respondent.

Sincerely,

SCOTT S. HARRIS, Clerk

By *Herve' Bocage*

Herve' Bocage
Judgments/Mandates Clerk

Enc.
cc:    All counsel of record
        Clerk, USCA for the Ninth Circuit
           (Your docket No. 11-56843)

# Supreme Court of the United States

No.    13-1339

**SPOKEO, INC.,**

Petitioner

v.

**THOMAS ROBINS**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Ninth Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is vacated with costs, and the case is remanded to the United States Court of Appeals for the Ninth Circuit for such further proceedings consistent with the opinion of this Court.

**IT IS FURTHER ORDERED** that the petitioner Spokeo, Inc. recover from Thomas Robins Three Thousand Six Hundred and Fifty-three Dollars and Ninety-seven Cents ($3, 653.97) for costs herein expended.

May 16, 2016

| | |
|---|---|
| **Printing of record:** | $3,353.97 |
| **Clerk's costs:** | 300.00 |
| **Total:** | $3,653.97 |



A True Copy SCOTT S. HARRIS
Test
Clerk of the Supreme Court of the United States
By: Cynthia Rapp