FILED

JUN 20 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| THOMAS ROBINS, individually and on behalf of all others similarly situated,<br><br>  Plaintiff - Appellant,<br><br>v.<br><br>SPOKEO, INC., a California corporation,<br><br>  Defendant - Appellee. | No. 11-56843<br><br>D.C. No. 2:10-cv-05306-ODW-AGR<br>Central District of California, Los Angeles<br><br>ORDER |

Before: O'SCANNLAIN, GRABER, and BEA, Circuit Judges.

On May 16, 2016, the Supreme Court issued its opinion in *Spokeo, Inc. v. Robins*, 136 S. Ct. 1540 (2016), vacated the Ninth Circuit's opinion, and remanded the case. The judgment on remand has now issued and a certified copy has been received by this court.

In light of the Supreme Court's remand, the parties shall file simultaneous briefs, not to exceed 7,000 words each, with respect to the status of this case. Such briefs shall address, at minimum, the following issues:

1. Do "the particular procedural violations alleged in this case entail a degree of risk sufficient to meet the concreteness requirement" for standing under Article III?

2. What other issues, if any, remain outstanding in this appeal and what action should this court take with respect thereto?

Such briefs shall be filed within twenty-one days of the filing of this order. The parties may file simultaneous response briefs, not to exceed 3,500 words, no later than fourteen days thereafter.

Oral argument, if any, will be scheduled by further order of the court.

No motion to remand to the district court or any other procedural motion will be entertained until seven days after the response briefs have been filed.

Appellant's motion filed June 6, 2016 is therefore GRANTED in part, and DENIED in part.